# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ADRIENNA C. BROWN**                                                                **PLAINTIFF**

**v.**                            **Case No. 4:24-cv-241-JM**

**GOODWILL IND. OF AR**                                                              **DEFENDANT**

## ORDER

Plaintiff Adrienna Brown's complaint is dismissed without prejudice because she failed to file an amended complaint by April 17, 2024 as directed, and the time to do so has passed. (Doc. No. 4).  LOCAL RULE 5.5(c)(2).

DATED this 19th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE